### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**DORA CHERRY**                                                              **PLAINTIFF**

**v.**                                                     **CAUSE NO. 3:16cv443-LG-RHW**

**CONN APPLIANCES, INC.**                                                    **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Order Lifting Stay and Dismissing Action With

Prejudice entered herewith this date,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED**

**WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of January, 2017.


_s/ Louis Guirola, Jr._
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE